# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 7, 2015

_____

RESPONSE REQUESTED

_____

No.   15-2409,     Deborah Weymouth v. County of Henrico, Virginia
                   3:14-cv-00419-REP-RCY

TO:   Andrew Ramsey Newby
      Wade Travis Anderson
      Lee Ann Anderson

RESPONSE DUE: 12/17/2015

Appellants' motion to stay/extension is being construed as a motion to place this case in abeyance. Response is required to the motion for abeyance. Response(s) must be filed by the response due date shown in this notice.

T. Fischer, Deputy Clerk
804-916-2704