FILED: December 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2409
(3:14-cv-00419-REP-RCY)
_____

DEBORAH WEYMOUTH, on behalf of themselves and others similarly situated; JAMES REDFORD, on behalf of themselves and others similarly situated; JAMES A. HUGHES

   Plaintiffs - Appellants

 and

E. CARLTON KING, JR.; LARRY W. SPENCER
   Plaintiffs

v.

COUNTY OF HENRICO, VIRGINIA

   Defendant - Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to hold this case in abeyance, the court denies the motion but extends the briefing schedule as follows:

  Opening brief and appendix:  02/03/2016

  Response brief:  03/07/2016

Reply brief permitted within 14 days of service of response brief.

For the Court

/s/ Patricia S. Connor, Clerk